# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| KEITH SALINAS, *et al*, ) | |
| ) | Case No. 1:13-cv-245 |
| *Plaintiffs*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Susan K. Lee |
| U.S. XPRESS ENTERPRISES, INC, and ) | |
| U.S. XPRESS, INC., ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

On March 8, 2018, Special Master Hunter Hughes filed his report and recommendation recommending approval of the Fair Labor Standards Act ("FLSA") collective action settlement in this matter. (Doc. 194.) On March 9, in accordance with Federal Rule of Civil Procedure 53(f)(1), the Court ordered the parties to file objections to Special Master Hughes's report and recommendation, if any, on or before March 23, 2018. (Doc. 195.) No party has filed an objection to the report and recommendation. Nevertheless, the Court has conducted a review of the report and recommendation, as well as the record, and it agrees with Special Master Hughes's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Special Master Hughes's report and recommendation (Doc. 194) in its entirety. It is further **ORDERED** as follows:

1. Plaintiffs' motion for approval of FLSA settlement (Doc. 191) is **GRANTED**, and the FLSA Collective Action Settlement attached to Plaintiffs' motion is hereby **APPROVED**;

2. Defendants shall wire $2,200,000 to the Claims Administrator within **fourteen days** from the date of this Order;

3. Angeion Group is hereby **APPOINTED** as the Claims Administrator to distribute payments under the FLSA Collective Action Settlement, including service awards contemplated for class representatives and Opt-In Plaintiff Deponents and attorneys' fees and costs approved herein;

4. The service payment to the Named Plaintiff is **APPROVED**, and Named Plaintiff Keith Salinas is hereby **AWARDED** $10,000 as payment for services he performed for the class;

5. The service payments to the Opt-In Plaintiff Deponents are **APPROVED**, and Opt-In Plaintiffs Javier Franco, Melinda Gonzalez, Jamie Foley, Willie Thomas, Danielle Gorman, Kevin Monroe, Will Armstrong, John Ballay, Darcell Ellis, and Lou Debella are **AWARDED** $500 each as payment for services they performed for the class;

6. Class counsel's request for reasonable attorneys' fees of $880,000.00 is **APPROVED** and shall be **DISTRIBUTED** to class counsel;

7. Class counsel's request for reimbursement of reasonable litigation costs of $193,922.37 is **APPROVED** and shall be **DISTRIBUTED** to class counsel;

8. Angeion Group shall be **PAID** reasonable fees and costs incurred in administering funds under the FLSA Collective Action Settlement; and

9. This action is hereby **DISMISSED WITH PREJUDICE**.

**AN APPROPRIATE JUDGMENT WILL FOLLOW.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**