UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KEITH SALINAS, *et al*, ) | |
| ) | Case No. 1:13-cv-245 |
| *Plaintiffs*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Susan K. Lee |
| U.S. XPRESS ENTERPRISES, INC, and ) | |
| U.S. XPRESS, INC., ) | |
| ) | |
| *Defendants*. ) | |

## JUDGMENT ORDER

For the reasons stated in the accompanying order accepting and adopting Special Master Hunter Hughes's report and recommendation, this matter is hereby **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **CLOSE** the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ John Medearis
  CLERK OF COURT