UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KEITH SALINAS, *et al*, | ) |
| | ) Case No. 1:13-cv-245 |
| *Plaintiffs*, | ) |
| | ) Judge Travis R. McDonough |
| v. | ) |
| | ) Magistrate Judge Susan K. Lee |
| U.S. XPRESS ENTERPRISES, INC, and | ) |
| U.S. XPRESS, INC., | ) |
| | ) |
| *Defendants*. | ) |

## ORDER GRANTING JOINT STIPULATION REGARDING THE FUNDING OF THE SETTLEMENT

This matter came before the Court on the parties' Joint Stipulation Regarding the Funding of the Settlement (Doc. 199), and the Court, having reviewed the same, finds that it should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Paragraph 2 of this Court's Order dated March 26, 2018, is amended to read as follows: "Defendants shall wire $2,200,000 to the Claims Administrator by **May 9, 2018**, which is within fourteen days of the "Final Effective Date" in accordance with the Settlement Agreement (Doc. 192-02 at 20) if no appeal is filed."

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**